ETHEL FEINBERG, Appellant, v. MORRIS FEINBERG, Respondent.— Order

affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.